UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Sharon M. Dix

Case No.: 16-21785
Chapter: 7
Judge: JNP

## NOTICE OF PROPOSED ABANDONMENT

_____Brian S. Thomas_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Mitchell H. Cohen US Courthouse<br>401 Market Street<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusnyr, Jr.__ on __10/11/16__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __4C__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 138 Rosebay Court<br>Delran, NJ<br>Value $135,292. |
|---|---|

| Liens on property: | M&T Bank<br>$159,309. |
|---|---|

| Amount of equity claimed as exempt: | |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: Brian S. Thomas, Chapter 7 Trustee
Address: 327 Central Avenue, Suite 103, Linwood, NJ 08221
Telephone No.: 609-601-6066

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-21785-JNP
Sharon M Dix                                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Sep 12, 2016
                              Form ID: pdf905          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2016.
```
db              #+Sharon M Dix,    34 Haines Mill Rd,    Delran, NJ 08075-1737
516240575        +Chase,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
516240576        +Citibank/Best Buy,    Centralized Bankruptcy/CitiCorp Credit S,    Po Box 790040,
                   St Louis, MO 63179-0040
516240577         Comenity Bank,    Bankruptcy Dept.,    PO Box 182273,    Columbus, OH 43218-2273
516240578        +Comenity Bank/Ann Taylor Loft,    Po Box 182125,    Columbus, OH 43218-2125
516240580        +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
516240581        +Experian,    PO Box 4500,    Allen, TX 75013-1311
516240585        +Renee Kelly,    138 Rosebay Court,    Delran, NJ 08075-2848
516240586        +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                   Trenton, NJ 08695-0245
516240589        +Township Of Delran,    Attn: Tax Dept,    900 S Chester Ave,    Delran, NJ 08075-1234
516240590         TransUnion,    PO Box 2000,    Chester, PA 19022-2000
516240592       ++WELLS FARGO BANK NA,    1 HOME CAMPUS,    MAC X2303-01A,    DES MOINES IA 50328-0001
                 (address filed with court:   Wells Fargo Bank Nv Na,     1 Home Campus X2303-01a,
                   Des Moines, IA 50326)
516240591        +Wells Fargo Bank Card,    Mac F82535-02f,    Po Box 10438,    Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 12 2016 22:45:27      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 12 2016 22:45:27      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516240574        E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 12 2016 22:45:29      American Honda Finance,
                 Po Box 168088,    Irving, TX 75016
516240579       +E-mail/Text: mrdiscen@discover.com Sep 12 2016 22:45:20      Discover Financial,
                 Attn: Bankruptcy,    Po Box 3025,    New Albany, OH 43054-3025
516240582       +E-mail/Text: cio.bncmail@irs.gov Sep 12 2016 22:45:24      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
516240583        E-mail/Text: camanagement@mtb.com Sep 12 2016 22:45:26      M & T Bank,    Po Box 844,
                 Buffalo, NY 14240
516240584       +E-mail/Text: electronicbkydocs@nelnet.net Sep 12 2016 22:45:28      Nelnet Loans,
                 Nelnet Claims,    Po Box 82505,    Lincoln, NE 68501-2505
516240587       +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2016 22:39:39      Syncb/toysrusdc,
                 Attn: Bankrupty,    Po Box 103104,    Roswell, GA 30076-9104
516240588       +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2016 22:39:39      Synchrony Bank/Gap,
                 Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                                TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:   American Honda Finance Corp.,     P.O. Box 168088,
                  Irving, TX  75016-8088)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2016                           Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2                 Date Rcvd: Sep 12, 2016
                              Form ID: pdf905          Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2016 at the address(es) listed below:
          Brian   Thomas    on behalf of Trustee Brian   Thomas brian@brianthomaslaw.com,
           bthomas@ecf.epiqsystems.com
          Brian   Thomas    brian@brianthomaslaw.com,    bthomas@ecf.epiqsystems.com
          Denise E. Carlon    on behalf of Creditor    M&T BANK dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Thomas G. Egner    on behalf of Debtor Sharon M Dix tegner@mpadlaw.com,
           kgresh@mpadlaw.com;htherrien@mpadlaw.com;jhughes@mpadlaw.com
                                                                                             TOTAL: 4
```